IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.R.B. & LEE ANN BOYER | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 23-373 |
| QUAKERTOWN COMMUNITY SCHOOL DISTRICT | : : | |

**ORDER**

This 8th day of July, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 23) is **GRANTED** and this case is **DISMISSED.** The Clerk of Court is requested to mark this case as **CLOSED**.

/s/ Gerald Austin McHugh
United States District Judge